# Court of Appeals
# of the State of Georgia

ATLANTA,  February 18, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1181.   PHH INVESTMENTS, LLP et al. v. DEPARTMENT OF TRANSPORTATION.**

Upon consideration of Appellants' motion for Permission to Withdraw their Cross-Apeal in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/18/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*